```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 01427
   MICHAEL E SCHMIDT
   SHARON A SCHMIDT                               CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6905      SSN XXX-XX-3892

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/23/2008 and was not confirmed.

      The case was dismissed without confirmation 04/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED             179.23          .00              .00
CHECK ASSIST               UNSECURED              79.50          .00              .00
BANK FINANCIAL             CURRENT MORTG           .00           .00              .00
EMERGENCY HEALTHCARE PHY   UNSECURED              40.20          .00              .00
ALLIED INTERSTATE INC      UNSECURED         NOT FILED           .00              .00
ARROW FINANCIAL            UNSECURED         NOT FILED           .00              .00
CAPITAL ONE                UNSECURED         NOT FILED           .00              .00
CCA                        UNSECURED         NOT FILED           .00              .00
CCA                        UNSECURED         NOT FILED           .00              .00
ODONOGHUE & ROSENOW        UNSECURED             185.79          .00              .00
COLLECTION                 UNSECURED         NOT FILED           .00              .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED           .00              .00
CREDITORS DISCOUNT & AUD   UNSECURED         NOT FILED           .00              .00
DEPENDON COLLECTION        UNSECURED         NOT FILED           .00              .00
FINANCIAL ASSET MANAGEME   UNSECURED         NOT FILED           .00              .00
HARRIS                     UNSECURED         NOT FILED           .00              .00
HARRIS                     UNSECURED         NOT FILED           .00              .00
ILLINOIS COLLECTION SE     UNSECURED         NOT FILED           .00              .00
ILLINOIS COLLECTION SE     UNSECURED         NOT FILED           .00              .00
ILLINOIS COLLECTION SE     UNSECURED         NOT FILED           .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED           .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED           .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED           .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED           .00              .00
B-REAL LLC                 UNSECURED             857.93          .00              .00
B-REAL LLC                 UNSECURED             419.73          .00              .00
NICOR GAS                  UNSECURED         NOT FILED           .00              .00
SENEX SERVICES CORP        UNSECURED         NOT FILED           .00              .00
SENEX SERVICES CORP        UNSECURED         NOT FILED           .00              .00
SENEX SERVICES CORP        UNSECURED         NOT FILED           .00              .00
CROWLEY & LAMB PC          NOTICE ONLY      NOT FILED            .00              .00
BANK FINANCIAL             SECURED NOT I          .00            .00              .00
ACMC PHYSICIAN SERVICES    UNSECURED             486.00          .00              .00
LEGAL HELPERS PC           DEBTOR ATTY        3,158.00                         363.40
TOM VAUGHN                 TRUSTEE                                              31.60

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01427 MICHAEL E SCHMIDT & SHARON A SCHMIDT
```

```
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     395.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 363.40
TRUSTEE COMPENSATION                            31.60
DEBTOR REFUND                                     .00
                         ---------------   ---------------
TOTALS                      395.00             395.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 07/22/08                   /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE


                            PAGE   2
      CASE NO. 08 B 01427 MICHAEL E SCHMIDT & SHARON A SCHMIDT